IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JEFFREY EARL STARK,**

    **Plaintiff,**

**v.**                                                       **Case No.  1:19cv258-MW/GRJ**

**EIGHTH JUDICIAL CIRCUIT
IN AND FOR LEVY COUNTY,
FLORIDA, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's First Amended Complaint, ECF No. 6, is **DISMISSED** without leave to amend." The Clerk shall also close the file.

**SO ORDERED on August 10, 2020.**

                                                        **s/ MARK E. WALKER
Chief United States District Judge**